# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DONNA MacLAREN,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No.: 6:02-cv-1221-Orl-22JGG**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff's Motion for Award of Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act, 28 U.S.C.§2412 (Doc. No. 34) filed on May 9, 2005.

The United States Magistrate Judge has submitted a Report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 24, 2005 (Doc. No. 47) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Award of Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act, 28 U.S.C.§2412 (Doc. No. 34) is **GRANTED**.

3. The Commissioner is hereby **ORDERED** to pay Plaintiff an attorney's fee of $5,998.50 and costs in the amount of $405.00.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 13, 2005.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party